IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,<br><br>Plaintiff,<br><br>vs.<br><br>CHELSEA PROENZA MALEY, fka CHELSEA PROENZA PARKER,<br><br>Defendant. | CV 20-00317 LEK-WRP |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on November 20, 2020, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant Plaintiff's Motion for Default Judgment", ECF No. 24, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, December 7, 2020.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge